UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

17-cv-06772-CM

SUMARNA SHRESTHA, VICTOR DIAS, RAJENDRA THAPA CHHETRI, AJAYA NAGARKOTI, MODOU THIAM, JALAL KHAN, LOKENDRA BAHADUR, RAJIV MAHARJAN, RAKESH GURUNG, PUJA SHRESTHA, BASKARAN NAGARAJAH, ALDRINE BRITTO, RAVI BUDHA MAGAR, SHIVRAJ (A/K/A SHIVREN) GHALE, and SONAM TASHI *individually and on behalf of others similarly situated,*

**AFFIDAVIT OF SONAM TASHI**

*Plaintiffs,*

-against-

CURRY SHACK CORP. (D/B/A KURRY PAVILION) and SALIH PEKIC,

*Defendants.*

--------------------------------------------------------------X

My name is Sonam Tashi, and I am a Plaintiff in the above captioned case. I understand that pursuant to the settlement agreement, I will receive a total of $2,652.39 ($110.52 per month for first 23 months, and $110.43 on the 24th month). I consent to settle my claims with the aforementioned total and payment plan. This document has been translated to me in my native language of Nepali, and I fully comprehend the contents.

Executed:   New York, NY

April 09, 2019

_____
Sonam Tashi