

UN LOCATE ACCT
03/19/2021

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-E
UNABLE TO LOCATE ACCT

SALIH PEKIC  07-19
147
55-136/312
765

3/15/21
Date

Pay to the Order of  Michael A. Faillace, Esq., as Atty for Plaintiffs  | $ 5,000.00/xx

Five thousand Dollars —————— Dollars

TD Bank
America's Most Convenient Bank®

For case: 17-cv-06772-CM; instruc.#23

0147

# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

March 25, 2021

**VIA EMAIL AND FIRST CLASS MAIL**
Tab Rosenfeld, Esq.
1180 Avenue of the
Americas, Suite 1920
New York, NY 10036
tab@rosenfeldlaw.com

**Re:**   **Ghale et al v. Curry Shack Corp. et al, 17-cv-06772**
**NOTICE OF DEFAULT**

Dear Mr. Rosenfeld:

      As you are aware, this office represents Plaintiffs in the above referenced matter. Pursuant to the Settlement Agreement entered into between the parties in this matter, tendered twenty-four postdated checks to Plaintiff's counsel. This letter shall serve as notice under Paragraph 1(y) of the Settlement Agreement that the settlement check dated March 15, 2021 has failed to clear plaintiff's counsel's escrow account. This constitutes a default per the terms of the Agreement.

      As authorized in the settlement agreement, if Defendants fail to cure their default within ten calendar days of the receipt of this letter, Plaintiffs intend to file the executed Confession of Judgment annexed to the Agreement.

      Please be guided accordingly.

Respectfully,
/s/ Clela Errington
Clela Errington, Esq.
Michael Faillace & Associates, P.C.
cerrington@faillacelaw.com