UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

Shivraj Ghale. et al.,

                       Plaintiff,

-against-

Curry Shack Corp., et al.,

                       Defendants.

No. 17 Civ. 6772 (CM)

## ORDER

McMahon, J.:

This case having been settled, and the court having been advised that (1) the defendant breached the settlement agreement, and (2) the plaintiff has obtained a judgment in the New York State Supreme Court for breach of the settlement agreement, it is hereby ORDERED that this case be dismissed with prejudice and without costs to either party.

Dated: October 30, 2024

                                                                     U.S.D.J

BY ECF TO ALL COUNSEL